UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE FALK, <br> ALEXIS YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> SKY TRANSPORTATION LLC, <br> ROMAN GENOV, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:20-cv-01715-JPH-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON JANUARY 12, 2021, TELEPHONIC SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel January 12, 2021, for a telephonic settlement conference. Settlement discussions held, but no settlement was reached. Conference concluded without further order.

Dated: 1/13/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.