UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE FALK, <br> ALEXIS YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> SKY TRANSPORTATION LLC, <br> ROMAN GENOV, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:20-cv-01715-JPH-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Plaintiffs have notified the Court that they have accepted Defendants' offer of judgment under Federal Rule of Civil Procedure 68. Defendants' motion to consolidate cases, dkt. [27], and Plaintiffs' motion for leave to amend their complaint, dkt. [30] are therefore **DENIED as moot**. The **clerk shall also docket** this order in 1:20-cv-3225-TWP-MPB.

Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 3/24/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jeanne M. Hamilton
HENNESSEY & ROACH
jhamilton@hennessyroach.com

1

Robert J. Hunt
LAW OFFICE OF ROBERT J. HUNT, LLC
rob@indianawagelaw.com

Robert F. Hunt
THE LAW OFFICE OF ROBERT J. HUNT, LLC
rfh@indianawagelaw.com

Miriam A. Rich
HENNESSY & ROACH PC
mrich@hennessyroach.com