UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE FALK, <br> ALEXIS YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> SKY TRANSPORTATION LLC, <br> ROMAN GENOV, <br><br> Defendants. | No. 1:20-cv-01715-JPH-TAB |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68(a)**

The Court enters judgment in favor of Plaintiff Jane Falk and against Defendants in the amount of $7,000.00, and in favor of Plaintiff Alexis Young and against Defendants in the amount of $4,000.00.

Date: 3/24/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _Pam Pope_
Deputy Clerk, U.S. District Court

Distribution:

Jeanne M. Hamilton
HENNESSEY & ROACH
jhamilton@hennessyroach.com

Robert J. Hunt
LAW OFFICE OF ROBERT J. HUNT, LLC
rob@indianawagelaw.com

Robert F. Hunt
THE LAW OFFICE OF ROBERT J. HUNT, LLC
rfh@indianawagelaw.com

Miriam A. Rich
HENNESSY & ROACH PC
mrich@hennessyroach.com