UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE FALK and ALEXIS YOUNG, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO.: 1:20-cv-01715-JPH-TAB ) |
| SKY TRANSPORTATION, LLC and ROMAN GENOV, | ) ) ) ) |
| Defendants. | ) |

**SATISFACTION OF FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 60(b)(5), all parties by counsel stipulate and confirm that the final judgment issued on March 24, 2021 (Dkt. 33) in favor of Plaintiffs has been fully satisfied by the Defendants, and no further amounts are due from Defendants to Plaintiffs. The Clerk of Court may therefore enter a full and complete satisfaction of judgment.

Respectfully submitted,

**LAW OFFICES OF ROBERT J. HUNT**  **HENNESSY & ROACH P.C.**

*/s/: Robert J. Hunt*  */s/: Jeanne M. Hamilton*
Robert J. Hunt, #30686-49  Jeanne M. Hamilton, #16053-49
*Attorney for Plaintiffs*  *Attorney for Defendants*
1905 S. New Market Street, Suite 168  8910 Purdue Road, Suite 170
Carmel, IN 46032  Indianapolis, IN 46268
rob@indianawagelaw.com  jhamilton@hennessyroach.com